OSCAR BAMBERGER and Another, Appellants, v. ROBERT C. BEAL, Respondent. ABRAHAM L. MEYER, Appellant, v. ROBERT C. BEAL, Respondent.— Orders affirmed, with ten dollars costs and disbursements; date of examination to be fixed in order. No opinion. Orders to be settled on notice. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

ALEXANDER JUTKOVITZ, Respondent, v. MARYLAND CASUALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

LEON SAMSON, by BARNET SAMSON, His Guardian ad Litem, Appellant, v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

HELEN GERTRUDE HART, Respondent, v. ALBERT JOHN HART, Appellant.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

UNION TRUST COMPANY OF NEW YORK, Respondent, v. WILLIAM F. DONNELLY, Impleaded with SARAH D. DONOVAN and Another, Appellants, and Others.— Order of June twenty-ninth modified as stated in order and as modified affirmed, without costs. Order of June twenty-eighth affirmed. No opinion. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

MENASHA WOODENWARE COMPANY, Respondent, v. MADELINE ENGLISH LANDECK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that defendant was a resident of the city and State of New York at the time the attachment in question was issued. Present — Scott, Laughlin, Dowling, Smith and Page, JJ.

ANDREW DRESSEL v. JULIUS M. HANSWER.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

EDWARD M. NEARY, Appellant, Respondent, v. GEORGE J. GOULD and Another, Appellants. H. CLAY PIERCE and Others, Respondents.— Judgment affirmed, with one bill of costs to all respondents except Fitzgerald's executors, separate bill of costs to Fitzgerald's executors, and no costs as between plaintiff and Gould and Ramsey. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

HUGO JOSEPHY and Others v. KANSAS CITY, MEXICO AND ORIENT RAILWAY OF TEXAS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HARRY J. STOCKUM v. LAMBERT HOISTING ENGINE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.